IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BYRON JONES,** | : |
| **Plaintiff** | : |
| | : CIVIL NO. 3:15-CV-1388 |
| **v.** | : |
| | : (Judge Caputo) |
| **WARDEN J.E. THOMAS**, *et al.*, | : |
| **Defendants** | : |

**O R D E R**

**AND NOW**, this **7th** day of **FEBRUARY 2020**, for the reasons set forth in the Court's Memorandum of the same date, it is **ORDERED** that:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to Mr. Jones' failure to prosecute and failure to comply with Court order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**